**Order entered October 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01177-CV

### VENATOR MATERIALS PLC, ET AL., Appellants

### V.

### MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM AND FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02030**

## ORDER

This interlocutory accelerated appeal was filed September 23, 2019 and challenges, in part, the trial court's order denying certain appellants' motion to transfer venue under Texas Civil Practice and Remedies Code section 15.003. *See* TEX. CIV. PRAC. & REM. CODE § 15.003. Pursuant to section 15.003, this Court must render a judgment within 120 days of the date the appeal was perfected. *See id.* § 15.003(c)(2). Before the Court is appellants' October 25, 2019 unopposed motion for a three-week extension of time to file their opening briefs. Because judgment must be rendered by January 21, 2020, we **GRANT** the motion to the extent that we **ORDER** appellants' opening briefs be filed no later than November 12, 2019. We further **ORDER** appellees' responsive brief(s) be filed no later than December 2, 2019 and appellants'

reply brief(s), if any, be filed no later than December 16, 2019.  *See* TEX. R. APP. P. 38.6(d). We

caution the parties these deadlines will not be extended.

/s/     BILL WHITEHILL
JUSTICE